From: Stevenduane Curry                        5 May 2016

To: Jeffrey P. Colwell
c/o Clerk of Court
US Federal District Court

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 11 2016

JEFFREY P. COLWELL
CLERK

Good Afternoon, Jeffrey;

    If you would be so kind as to expedite the assignments of two new case No.#'s, one for the Montrose Dist. Court Case No.# 2016-CV11, and one for the Mesa County Court Case No.# 12M265,

    As you will read Jeffrey, Ms. Degenhart is working to take our land, despite our lawful Land Patent, and having settled the debt with Veteran's Affairs.

    Mr. Henderson is playing the lawless politician, and with your help we can reign him in so as to prevent him from hurting anyone else over again,!!!

    When Henderson ordered a full military strike of over 20 individuals posing as Sheriff Deputies, all of whom were given the authority to use excessive, lethal, and deadly force against me and my wife, who is over 70 yrs old, ¿ When Hendersons private army injured my

↓ ↓ ↓

wife, it was Game Over for Henderson, and the Reed Twins, who have conspired to destroy my life, property, and character for having exposed their criminal enterprises, and international smuggling of contraband meteorites!

I will be sure to fill you in on the details as the case unfolds for you and the good folks at the Federal Level.

I thank you in advance, Sir, for your courtesies & your kindnesses!!

My Best to you, Sir!!

*[signature]*
Authorized agent (without recourse) / All Rights Reserved

P.S. The sooner we could get started with the new case No.#'s, the sooner I can get released from Henderson's Bogus & Unlawful Sentence, where I've now spent 175 Days!! My current outdate is 6/01/2016 unless you & Marsha Krieger can force a quicker release with me being a Federally-registered Whistleblower for the I.R.S. & the S.E.C. — If you would call Charise Wood in Ogden, she might shed some light on my status. She won't, however, discuss any of my Four Cases!!