Private Patents & Estate                          2 May, 2016
Steven duane Curry - Administrator
21250 Dave Wood Road
Montrose, Colorado [81403]
970-249-8879
superiorcourt2.us@gmail.com

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 11 2016
JEFFREY P. COLWELL
CLERK

TO: Jeffrey P. Colwell          TO: CLERK OF COURT
%CLERK OF COURT                 % MONTROSE COUNTY DISTRICT COURT
U.S. FEDERAL DISTRICT COURT     1200 N. Grand Ave.
402 Rood Ave.                   MONTROSE, CO 81401
Grand Junction, CO 81501

TO: Vendor Resource Management, Inc.   TO: Vendor Resource Manag
% Weinstein & Riley, P.S.              4100 Intl. Parkway, #1004
Eldorado Bldg. 11101 W 120th Ave. #280 Carleton, TX 75007
Broomfield, CO 80021                   ☆☆☆☆☆☆☆☆

RE: Case No.# 2016-CV11 - Montrose County District Court

Subject: FEDERAL CIVIL/CONSTITUTIONAL COMPLAINT W/ORDER OF THE COURT FOR EMERGENCY STAY OF CURRENT PROCEEDINGS, PURSUANT ALL PETITIONER'S RESERVED & INVOKED RIGHTS WHETHER EXPRESSED SPECIFICALLY, OR NOT;

COMES NOW THE PETIONER/PRINCIPAL/MOVANT/AFFIANT/ the Only Secured Party Creditor/BENEFICIARY/the "Living-Born Man as ONE of the People, in whom all political

1)

power is vested, to order & command the following actions to be initiated in this Federal Court, and all without sale (No Filing or Processing Fees), no denial, delay, or obstruction; and all with very limited consent, power, authority, and jurisdiction at the will of the Petitioner and the People ONLY!

Be it known to all men, and to all women, the Petitioner will, in forthcoming documents to be filed on & for the public & private records of this Court, contend, demonstrate, and prove, well beyond any reasonable doubt, that the Defendants, "VENDOR RESOURCE MANAGEMENT, INC.," "FREEDOM MORTGAGE, INC.," "Weinstein & Riley, P.S.," and others in self-joinder, have with malice of forethought, knowledge, and with the intent to defraud, harm, and injure the Petitioner, his wife, their properties, their estates, and their characters, in their Conspiratorial attempts to deprive the Plaintiffs/PETITIONERS OF THEIR private property without their knowledgeable & free willed-Consent, and without any offer of a right, just, and fair compensation, for this "TAKING," or for their private losses.

The Petitioners/Principals will argue, with fervor, that the "real property" in question is protected under a lawful & properly filed/recorded Land

(2)

Patent, Quit Claim Deed of Trust, and a True Bill of Sale, on file with the Montrose County Clerk & Recorder since June 12, 2015, wherein No protest, argument, challenge, or rebuttal, against this commercial instrument since its public filing. As such, these documents have, like all other commercial affidavits, become TRUTH IN COMMERCE, and they have become Sovereign in Commerce.

The Petitioner/Principle will, also, argue with great fervor, that any outstanding Obligations of Debt, as alleged by Vendor Resource Management, Freedom Mortgage, or others, have been settled & closed "in-house" with the submission of "PAYMENT IN FULL," having been tendered to the Veterans Affairs Dept, who allege to be the genuine "Holder in Due Course" of the Original Deed of Trust. This is, of course, Not accurate, as an Original Deed of Trust has Never Existed, as no "real monies" were ever conveyed, transferred, paid, or assigned, so no such certificate, paper, or effect, alleging such commercial exchange ever took place.

It is evident, however, that the Veterans Affairs Dept, acting as an insurer, the surety, guarantor, and under-writer of the alleged Deed of Trust, was conned into satisfying Freedom Mortgage's false claims of loss, as Freedom Mortgage,

(3)

contrary to their allegations and claims of relief, were NEVER is possession of the Original Deed of Trust, nor were they Ever "Holders in Due Course." The Petitioner/Principal had given the Veteran's Administration fair warning of Freedom Mortgages Ponzi Scheme & Shell Game, and asked the Veteran's Administration to investigate Freedom Mortgage, LoanCare, Merscorp, and others, who alleged having "Interests" in the Petitioner's private property.

Having become the "Holders in Due Course" of the alleged "Obligation Debt" by having compensated Freedom Mortgage for their "Losses," this begs several questions, including, ① "Why is Freedom Mortgage still attempting to take the property from the Petitioner," and ② "Why did Rosemary Murphy, the Montrose County Treasurer, cut a "Back room - Sweetheart Deal" with Freedom Mortgage after the Public Auction of 12/23/2015 was closed due to having no bids? and ③ "Why would Freedom Mortgage be issued a temporary Deed of Trust, when they alleged to be the "holders in due course" of the Original Deed of Trust, when no such document, paper or effect existed in the first place?"

There are many more questions that Freedom Mortgage, and now Vendor Resource

(4)

Management must answer, though neither one has been known to answer any question of any nature;

In response to Freedom Mortgages & Vendor Resource Management's false, fictitious, and contrived allegations & improprieties & criminal trespass & criminal misrepresentation & commercial fraud on a scale unseen, the Petitioner seeks relief from this court, and asks that the court grant the Petitioner Principal a "Monetary Summary Judgement" of $One Million - Five Hundred Thousand US Dollars ($1,500,000.00) for compensatory damages & injuries to the Petitioner's character, property, and estate. — Pursuant Colo. Constitution, Bill of Rights, Sections #14 & 15, the Principal's have a right to petition the Montrose County Commissioners, and/or a competent common law jury for compensatory awards, as well. This being the case, this Federal District Court should consider its available options & limitations very carefully.

The Petitioner would urge this court to limit itself to the Four Corners of the US & State Constitutions, and to disregard, discharge,

(5)

and dismiss any allegations, charges, responses, or rebuttals by the "Defendants," wherein these pleas, responses, etc., are supported in any way by "Statutory Law," codes, rules, ordinances and/or all other color of law, which would contradict or violate the Petitioner's Unlienable, Natural, Universal, Commercial, or Constitutional rights.

Any attempt by any officer of this Court, or by Freedom Mortgage, Vendor Resource Management, or Weinstein & Riley, P.S., to subvert, usurp, undermine, delay, deny, or obstruct the Petitioner's rights to Due Process of law, shall bear the responsibility of answering to a Constitutional Criminal Complaint, an "18 USC #241 & 242 Action-at-law," a "42 USC 1893 & 1895 (3) Action-at-Law," and/or a "15 USC Art. 1 & 2 Action-at-law," and/or an International Commercial Obligation Lien, similar to the $100 million Lien which has become an "Accounts Payable" by Freedom Mortgage; the $400 Million Lien, now an Accounts Payable of Loan Care, Inc., and the $600 million lien now lodged against each & every member-officer of the A.B.A. — The petitioner/Principle makes no apologies for exercising his rights to defend himself, his wife, their properties, and their estates, and he makes no apologies, whatsoever, for the

(6)

issuances of those righteous & justified remedies & claims of relief against Freedom Mortgage, Vendor Resource Management, Inc., Weinstein & Riley, and all others participating in this massive fraud against the Petitioner, his wife, and their estates.

Considering the fact that ALL courts are Federal, including the Montrose County District Court, now under the control of Administrator, Mary E. Deganhart, Esq., it is the prayer of the Petitioner/Principal that the Case #2016-CV11 be closed immediately, as Ms. Deganhart, who has an expressed bias, prejudice, and a "bent of mind" against the Petitioner from a previous case, has failed to recuse and disqualify herself, despite having been served with C.r.C.P. Rule 21(b) mandate to do so. — It is hoped that this Federal District Court will take special note of Ms. Deganhart's refusal to confine her conduct within the four corners of either the US, or the State Constitutions. [For further information & instructions on ALL Courts being Federal, please see U.S. v. Class - attached].

In closing, the Petitioner will ask, too, that all filing & processing fees be waived, as is

(7)

the Petitioner's rights under Colo. Const. Bill of Rights, Section #6 wherein "justice & right shall be administered without sale, denial, or delay, (or obstruction)."

Given that the Petitioner's Bill of Rights are "self-executing" (See Medina v. People - 1963), the Petitioner requests this Court to assign a New Case No.# to replace the current Case No.# 2016-cv11, and to make known to Administrator Degenhart, that her services are no longer required, and that she divest herself from any further interest in any & all matters concerning the Petitioner.

Further & Finally; this Order of the Court is a "Letter Patent," and it is also an Affidavit of the Truth, the whole Truth, and nothing but the Truth. As such, officers of this court, or any of the "Defendants," may respond, argue, protest, or rebut any fact, truth, charge, or allegation stated herein, but all responses, etc. must be done in equal measure, under Oath, under Penalty of perjury, answered point-for-point, article-for-article, and all within 72 hours time.

Failure to respond in-kind, in-writing, and within these generous commercial terms & conditions, shall result in a definitive dishonor

(8)

and default, wherein the only matter left to the Court shall be to grant & award a "Monetary Summary Judgment" to the Petitioner/Plaintiff.

The Petitioner/Principal shall leave this Court with the following Maxims & Citations of Law that will help instruct & guide the Court in its task of providing "right & justice without sale, denial, delay, or obstruction."

Maxims & Citations of Law:

1. "All men & women know that foundation of law and commerce exists in the telling of the Truth, the whole Truth, and nothing but the Truth."

2. "Truth, as a valid statement of reality, is sovereign in Commerce."

3. "An unrebutted affidavit stands as Truth in Commerce."

4. "Facts are inherently TRUE! As such, ONLY FOOLS & attorneys would chance to argue them!" A. Stephenson

5. The term "legal," as defined by Encyclopedia Britannica Arts & Sciences Dictionary-1893, means "the undoing of God's Laws!" With God's Laws having under-

(9)

written Natural law, Universal law, Commercial law, and Constitutional law, the Petitioner must question the officers of this court as to where they stand with their "Legal System," and where they stand with their God, should they have one — This is a fair question, and it is deserving of an answer.

6. "Guaranteed — ALL men shall have a remedy by the due process of law. If a remedy does not exist, or if the remedy has been subverted (Case No. #2016-CV11), then one may create a remedy for themselves — and endow it with credibility by expressing it in their affidavit."

7. "Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law."

8. "All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens, and Commercial Distresses. Hence, governments cannot exercise the power to expunge commercial processes."

(10)

9. "It is tax fraud to use the private courts to settle a dispute/controversy which could be settled peacefully outside of or without the court."

10. For Freedom Mortgage & Loan Care, NoT to pay the lien amounts due, makes them both absconders & debtors, and they are in total dishonor & default. This said, "It is against the law for a judge to summarily remove, dismiss, dissolve, or diminish a Commercial lien. Only the Lien Claimant, or a competent common law jury can dissolve a commercial lien.

11. NOTICE TO AGENT IS NOTICE TO PRINCIPAL! NOTICE TO PRINCIPAL IS NOTICE TO AGENT!

12. So it is, and So Say I, on this, the 2ND Day of May, 2016.

_____
authorized agent/without recourse/All Rights Reserved,

(11)