[Left margin handwritten notes, read bottom-to-top:]
"Contrary to Morris's Private 'Rule of Law,' "The trial court judge has NO discretion in the matter of recusing himself finding the affidavits sufficient under discretion from the rule to allege prejudice... the immediate finding loses all jurisdiction in the matter except to grant the motion for the immediate change." People v. Dist. Ct. (1977)

From: [name illegible] Curry
12250 David Wood Road
Montrose, CO 81403
970-249-8879

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 24 2016
JEFFREY P. COLWELL
CLERK

20 May 2016

To: Gordon P. Gallagher
Magistrate Judge
U.S. District Court
District of Colorado
901-19th St. Room A105
Denver, CO 80294

Case No.# 1:16 CV-01077 GPG
(Temporary)

RE: Case # 2014-C152 / # 1:16-CV-01077-GPG (Temporary)

SUBJECT: Motion/Demand for Emergency Stay of Proceedings for Case No.# 2014-C152; Pursuant disqualification of Judge; C.R.S. 16-6-201, and C.R.C.P. Rule 21(b);

Comes now the Petitioner/Movant/Principle, the living-born man, and one of the people in whom ALL political power is vested, to direct this court to order the immediate halt to proceedings, rulings, judgments, holds, etc., from one Brunnet Aldan Morris who in violation of C.R.C.P. Rule 21(b) & C.R.S. 16-6-201, as proven in multiple unrebutted Affidavits, continues to administrate over this case.

Given my current condition & physical status, and limited abilities, I would ask the court

OVER →

for an adequate amount of time to cure any deficiencies, and, to waive all filing and processing fees, given I am an American State Citizen, and Not a "US Federal citizen". Accordingly, I am guaranteed free access to all courts of justice, and that the administration of right & justice shall be without sale, denial, delay, or obstruction [See Colo Const. Bill of Rights, Sections 1, 3, 6, etc., and 15 USC Art. 1, 2].

Case No. # 1:16 CV-01077 GPG is assigned to hear Montrose Dist. Ct. Case No.# 16-CV11, So I would urge the Clerk of Court, Mr. Jeffrey P. Colswell, to assign a NEW US Fed. Dist. Ct. Case No# to this Motion and Affidavit. Thank you, in Advance!

This "Letter Patent" is an Affidavit attesting to Bennet A. Morris's refusal to recuse & disqualify himself, having presided adversarily over the Petitioner on 4 other separate cases and issues. Without lawful jurisdiction, all presumptions, contracts, rulings, orders, judgments, holds, ect, issued by B.A. Morris are Null & Void, as Frauds upon the Court.

I thank this Court, in advance, of staying any & all proceedings on Case No.# 2016-C152.

In honor, Character & Integrity,

[signature]

Authorized Agent / All Rights Reserved

(margin annotations: Post Script: of the many Claims of Remedy I am requesting; #1 is the immediate Removal of Bennet A. Morris from this Case; #2 Permanent removal of Bennet A. Morris from any & all State & Federal Benches; #3 Potlatch Agreement; Witness #)

*File to: 1:16 cv-01077 GPG*
*TEMPORARILY*

**Date: 4/21/2016**  nunc pro tunc  (Lexar #4)  **Invoice: sdc/slt #00222(AFF)**

# For and on the Record April 21, 2016 by Steven Duane: Curry and Sandra Lee: Tyler

**OFFICE OF THE PRIVATE ATTORNEY GENERAL OF**

**THE INDEPENDENT COLORADO REPUBLIC FREE STATE TRUST**

Steven Duane: Curry p.a.g.
21250 Dave Wood Road
Montrose Colorado state
April 21, 2016 nunc pro tunc

TO: __Jodi A Hanson__ : Montrose County Colorado District Court Clerk.
UNITED STATE DISTRICT COURT of MONTROSE COUNTY COLORADO
1200 N Grand Ave Montrose Colorado state

RE: __FREEDOM MORTGAGE CORPORATION vs STEVEN DUANE: CURRY
[AND] SANDRA LEE: TYLER__
Case Number: 2016 C 30160  *Now Case No. # 16-CV11*
*# 2014-CV152*

Dear __Jodi A Hanson__: Montrose County Colorado District Court Clerk:

We are in receipt of your correspondence dated on or about __April 16, 2016__ and are refusing it for cause as it has apparently been misaddressed. If it was your intention to address this correspondence to the living man steven duane curry and the living woman sandra lee tyler it is obviously a mistake and is rendered null and void ab initio by our non-acceptance of a presumption to contract with you and noted Agencies.

If you mean to address the living people of similar name that must be clearly stated in writing and the proper procedure must be followed.

Otherwise, there are no UNITED NATIONS CORPORATION transmitting utilities doing business as either "STEVEN DUANE CURRY" or "SANDRA LEE TYLER" being serviced at this or their address. Likewise there are no Puerto Rican ESTATE trusts doing business as "STEVEN DUANE CURRY" and/or "SANDRA LEE TYLER" being administered at this or their address.

~ 1 ~

We note that "STEVEN DUANE CURRY" and "SANDRA LEE TYLER" are not even specific lawful names.

See 18 USC 1025:

Whoever, upon any waters or vessel within the special maritime and territorial jurisdiction of the United States, by any fraud, or false pretense, obtains from any person anything of value, or procures the execution and delivery of any instrument of writing or conveyance of real or personal property, or the signature of any person, as maker, endorser, or guarantor, to or upon any bond, bill, receipt, promissory note, draft, or check, or any other evidence of indebtedness, or fraudulently sells, barters, or disposes of any bond, bill, receipt, promissory note, draft, or check, or other evidence of indebtedness, for value, knowing the same to be worthless, or knowing the signature of the maker, endorser, or guarantor thereof to have been obtained by any false pretenses, shall be fined under this title or imprisoned not more than five years, or both; but if the amount, value or the face value of anything so obtained does not exceed $1,000, they shall be fined under this title or imprisoned not more than one year, or both.

**To further set your recordkeeping straight and avoid any further confusion, we herein provide you with our Commercial Affidavit:**

Clerk please file
Affidavit/Motion to 1:16cv-01077(ltb)
temporarily
10 APRIL 2016

Private Patents & Estate
Steven-duano-Curry-Administrator
21250 Dave Wood Road
Montrose, Colorado [81403]
970-249-8879
superiorcourt2.us@gmail.com

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 24 2016

JEFFREY P. COLWELL
CLERK

TO: CLERK OF COURT
℅ Montrose County District Court
1200 Grand Avenue
Montrose, Co 81401

TO: Christopher Ryan
℅ Clerk of Court
Colorado Supreme Court
2 East 14th Avenue
Denver, Colo. 80203

TO: Dan Hotsenpiller
℅ Office of District Attorney
Montrose County
1200 N. Grand Ave.
Montrose, Co 81401

TO: Thomas Maywell
℅ Montrose District Court Administrator
1200 N. Grand Ave.
Montrose, Co 81401

✯✯✯✯✯✯✯✯✯✯✯✯✯✯✯✯✯✯✯✯✯✯✯✯

MERGED CASES: 2014C152 / #12M265 / 2016-SA58

SUBJECT: Order of the Court for Counter Criminal Complaint Against the 7th Judicial District; Pursuant ALL Rights, Privileges, Protections, and Immunities Reserved, Preserved, and Invoked by the Principal/Petitioner, Movant/AFFIANT, and the Only Secured Party Creditor of his Private Patents & Estate;

Comes Now, the Principal, as one of "the People," in whom all political power is vested, to Order

"The Colorado Supreme Court hold that the bill of rights is self-executing; the rights therein recognized or established by the Constitution do NOT depend upon any legislative (or judicial) action to become operative." Medina V. People (1963)

(1)

and direct the officers of this court, as the Trustees for the Principal, to execute the following actions-at-Law, and heed all Maxims & Citations of Law listed below. Failure to act within the terms & conditions cited, shall result in the furtherance & deepening of the Commercial dishonor & default Levied & Lodged against various officers of the court and law enforcement officers who have participated in those usurpations.

1. Having placed themselves in Commercial dishonor & default by failing to produce all writs, papers, certificates, and effects, which may have granted the District Attorney, or any member of law enforcement to bring charges against the Petitioner's Patents & Estate, or to have lodged or levied any "obligations of record," "obligations of debt," "revenue-bearing statutes," or "re-venue bonds," – all without full disclosure by the District Attorney as to their full identity, the presentation of their Oaths, and their "Certificates of Liability." The District Attorney, as an officer of the "Executive Branch" of government, and; having been "elected" to his/her Public office, Must, without further sale, denial, delay, or obstruction, dismiss all of those errant charges, liens, Latches, and encumberances, against the Petitioner, and to release the living-born man being used as "Collateral," and as "escrow"

(2)

[Left margin, vertical text:] Having surrendered his administrative & corporate agency; as a member-officer of the A.B.A. and the 7th Judicial District, Morris, in a demonstration of his personal & financial biases & prejudices against the Petitioner & his wife over several various matters, Morris has also surrendered any & all corporate jurisdiction

for these privately engineered "debt obligations." Wherein; Colo. Constitutional Bill of Rights, Section #12, is explicit & clear when it states, "No person shall be imprisoned for debt, unless upon refusal to deliver up his estate for the benefit of his creditors in such a manner as shall be prescribed by law, or in cases of tort or where there is strong presumption of fraud."

For there to be a "claim of debt" by a creditor, the "creditor" must, first, be "secured" to a valid, lawful contract with the "debtor," and under Title 42 USC Section #1983, should the "creditor" be the government, or a department or agency, therein, "Government officials must produce, show, and demonstrate, that they have a monetary or proprietary interest in the real property in question in order to have jurisdiction over this property." [Property Rights of Citizens is part of the Civil Rights Act of 1871. It is the statute that controls the use & disposition of real and personal property].

2. As every Officer of the Court, and every Law enforcement officer has known for some time now, the Petitioner was illegally & unlawfully sentenced by one Craig P. Henderson, when such sentence was NOT "authorized by law," and where Craig P. Henderson, clearly operating from a commercially-toxic & Constitutionally-defective Oath of Office,

(3)

[margin note, left side, vertical:] For Mr. Morris to have clearly expressed his biases, prejudices, and his disdain for "At-Risk-Elders," and "Sovereign Crup" Mr. Morris is in violation of, and his actions are clearly against the US & State Constitutions and other Federal & State laws; for which he is to be removed from his private Political office Now.

[Left margin, vertical text:] Mr. Morris, operating in the corporate capacity of an HJB,A, member-officer of the corporations' 7th Judicial District, and in direct conflict with the U.S. & State Constitutions' "Closed" his court of justice" to Sandra law Taylor, & denied Sandra a speedy remedy for her injuries & damages, non unlienable & Natural Rights

ordered the latest arrest and the unlawful imprisonment of the Petitioner in an act of retaliation against a Federally-registered Witness, Informant, and Crime Victim of Mr. Henderson, Bennet A. Morris, and other member-officers of the A.B.A.

Mr. Henderson & Mr. Morris have used & abused their "private" and "political" offices to attack & punish the Petitioner for doing his civic duty of reporting the I.M.C.A, C.T.S.I. & C.I.R.S.A's crimes against humanity, as is the Petitioner's civic duty, even under Colorado's statutory code as defined by C.R.S. Title #24, Article 4.1., and under Title 18 U.S.C. Article #3771 — neither of which Henderson, and other judicial officers care to recognize, or respect!

3. AM 14.3/Ho, 1R — "No person shall hold office if he/she rebels against or violates the U.S. Constitution (Sedition/Treason)."

4. By their silence & acquiescence, Craig P. Henderson, Bennet Morris, and other officers of the court, who have conspired, colluded, and confederated with Henderson & Morris, have accepted & agreed to the charges of having violated the Petitioner's Reserved Rights, including Titles 18 USC 241 & 242, Title 42 USC 1893 & 1895 (2,3), 1896, and 15 USC #1 & 2;

(4)

[Left margin, vertical text: For Morris to have deprived the Petitioner's wife of her right to free speech as guaranteed under Amendment I of the US Constitution, and Section 10 of the Colo. Const. Bill of Rights, Mr. Morris is guilty of violating 15 USC #2, 42 USC #1873 & 1875(3), 18 USC 241 & 242, and he shall be removed from office]

5. Bennet Morris, an "Administrative Clerk" posing as a "government official" under a title of "County Court Judge," has, on numerous ocassions & counts, forfeited & surrendered any & all presumptions of having any type of personal, subject-matter, or geo-political jurisdiction, over any living-born man, or woman. With Morris having personal & financial interests in terrorizing, harassing, and threatening the Petitioner, Morris, operating in his state/corporate capacity has, also, forfeited any & all jurisdiction of the matters concerning the petitioner that the state/corporate-body-politic might "presume" to have, as well!! — leaving, then, all court orders, rulings, writs, warrants, and effects, Null & Void, ab initio!! [FRAUD VITIATES ALL CONTRACTS FROM THE FIRST TO THE LAST!!]

6. C.R.S. 16-6-201, DISQUALIFICATION OF JUDGE: "GENERAL RULE. This section, by express terms, makes the judge INCOMPETENT to try a case if he/she is in any way interested, or in any way prejudiced." People ex rel. Burke v. District Court, 60 Colo. 1, 152, P. 149 (1915).

7. "A leaning or bias interfering with fairness will constitute prejudice." People ex rel. Burke v. District Court (1915).

(5)

[Left margin, written vertically:] #5 previously "posted" cited, Morris, for having assaulted, in the 1st Degree, Tyler, an "at-risk-elder," while she was exercising her 1st Amendment rights, is also found guilty of "Instigating the destruction of life and Property" under C.R.S. 18-11-202. Compounded, for which Morris is to be removed forthwith.

8. "The trial judge has <u>No</u> discretion in the matter of recusing himself upon finding the affidavits sufficient under the rule to allege prejudice. He immediately <u>loses</u> <u>all</u> <u>jurisdiction</u> in the matter, except to grant the motion for the change!" People v. District Court (1977).

9. For Mr. Morris, having lost <u>all</u> jurisdiction, including his <u>private</u>, <u>corporate</u>, <u>quasi-government</u>, <u>presumptions of jurisdiction</u>," well <u>before</u> he issued the arrest warrant against the Petitioner, which was executed on November 9, 2015, this "Warrant" for the seizure of the Petitioner's living-born flesh & blood body as "Collateral" for the statutory "obligation of debt", was Commercially-Void & Nullified upon its "alleged" signature by Mr. Morris. As such, the "Bond" issued along with the "Warrant" is Null & void, as both are in direct contradiction to, and a Violation of, the Petitioner's IV<sup>th</sup> Amendment Rights guaranteed by the U.S. Constitution, and by the Colo. Constitution's "Bill of Rights," Section #7.

10. AM 3II/GB - "<u>ALL</u> judges may hold office only during good behavior, ie; <u>lawful</u>, <u>patient</u>, <u>dignified</u>, <u>courteous</u>, <u>honorable</u>, <u>respectful</u>, <u>drug-free</u>, <u>alcohol-free</u>, <u>bias-free</u>, <u>prejudice-free</u>, and <u>interest-free</u>!" Mr. Morris is <u>Not</u> Qualified to hold his office under

(6)

terms & conditions cited under Constitutional law!]

11. AM 14.3/HO - "No person shall hold office if he rebels against or violates the U.S. Constitution." [Mr. Morris MUST surrender his private, corporate, & political office IMMEDIATELY upon receipt of this Affidavit!"]

12. "NO MAN IS ABOVE THE LAW!" — Under AM 193/BA - "No person or group can make law, judge on it, and punish under it!" [With Mr. Morris's actions, all of which have been in direct violation of the Petitioner's Unlienable, Natural, Universal, Commercial, and Constitutional rights, privileges, protections, and/or immunities, makes Mr. Morris completely & irrefutably LAWLESS!!]

13. Being completely & irrefutably LAWLESS, Mr. Morris is in direct violation of Title 28 USC, Section #1746, which clearly & unambiguously states; "Any declaration, certificate, (Oath), (Warrant), verification, or statement (affirmation), that is willfully subscribed as true, yet, the declarant knows it to be false, is guilty of perjury in the first degree, and he/she shall be fined and imprisoned not more than 5 years, or both."

14. Mr. Morris, having clearly expressed his biases, his prejudices, ——→ (12)

[Left margin: for Mr. Morris to have conspired, colluded, and confederated, with Craig P. Henderson, in ordering the military assault using lethal, deadly and excessive force upon the Petitioner, his wife, an "At-Risk Elder", and against the Petitioner's character, property, estate, is in violation of C.R.S. 18-11-102, —Insurrection!]

and his disdain for the "At-Risk Elderly," and for the "People's Sovereignty," when he forced the Petitioner's wife to sign a contract waiving her rights to sue the County and/or Court officers, before having her arrested, assaulted, fined, extorted, and unlawfully confined & imprisoned for 22 days!!

Mr. Morris's comment, "I will Not allow any of that Sovereign Crap in My Courtroom!" at the very same time he ordered Sandra's arrest, was later redacted, altered, and changed by the Clerk of Court, as per Morris's Order — For this act of reckless endangerment upon an "At-Risk Elder" results in a charge of First Degree Aggravated Assault, which is, pursuant C.R.S. 18-6.5-103, a Class 2 FELONY! Add to this charge, "Fraud upon the Court," "Contempt of Court," "Obstruction of Justice," "Obtaining a signature by deception," and all being Tort crimes against the elderly, Mr. Morris is to be disbarred, fined, imprisoned, and once his sentences have been completed, he is to be deported back to England where his employers can deal with his dishonesty, his disloyalty, and his corporate treachery against humanity!!

15. In summary, the Petitioner rests upon the

(8)

[Left margin, vertical text:] As a Member of the A.B.A. and the C.B.A.; Mr. Morris is a "Member of an anarchist & seditious organization, a monopoly, and a group operating in contradiction to C.R.S. 18-11-203; 15 USC, Article #2, and Am 193/BA; where: No person or group can make laws [illegible] judge upon it, and punish under it!!"

facts & truths set herein, and with all un-rebutted Affidavits of Truth previous to this one. As such an Affidavit, Mr. Morris, and/or anyone foolish enough to argue the facts & truth, Must do so in equal measure, under Oath, under Penalty of Perjury, and all within 72 hours time. Failure to respond in-kind and under those generous terms & conditions, shall result in the furtherance and deepening of the District Attorney's & Mr. Morris's Commercial Dishonor & Default, currently on the ledger as "Accounts Payable" in the amounts of $36 Million US Gold Dollars up to $600 Million US Gold Dollars, per person, per corporate office, and per individual estate.

It is so, and So Say I on this, the 10th Day of April, 2016, and on this the 151st Day of my cruel & unusual punishment and peonage at the hands of Craig P. Henderson and Bennet A. Morris, two men of poor honor and character, who should Never have been given any right to sit in judgment over any living-born man, or Woman!!

[Margin note, left side, rotated:] for Morris having failed to adhere to his Oath of Office to protect & defend the US & State Constitutions, Morris is also in Violation of Am 6 13/Bo. Whereas, "All Lawmakers, Court officials, and law enforcement officers are bound by Oath to the Constitutions." As such, Morris is to be removed from his office!!

_____
Matlock Tyrell Tracy
Witness #1

_____
Witness #2

_____
authorized agent / without recourse
All Rights Reserved!

(9)

# TRIAL PROCEEDURES 2016
*Steven Duane Curry/Sandra Lee Tyler*
Trial Date: May 20, 2016  (Case # 2016 C 30160) – 2016-CV11
*#* 2016-C152

## <<<PROSECUTION UNDER THE TRUST>>>

When a Sovereign is taken before a corporate prosecuting Attorney or before an Acting Judge the following treatise must be observed.

Sovereign:  Tyler: Sandra Lee and Curry: Steven Duane

I demand a Court of Record.

I am a beneficiary of the Trust, and I am appointing the Judge as my Trustee!

As My Trustee, I demand that you discharge this matter that I am accused of and expunge the record.

As I have evidence of injury and damages as a result of any and all infractions, I demand an immediate remedy by the Trustee.

1. Warrantless detainment of my vessel.

2. Warrantless trespass upon my property at 21250 Dave Wood Road.

3. Warrantless arrest of my vessel at 21250 Dave Wood Road property.

4. Warrantless arrest for contempt in the Montrose County Court by Acting Judge Bennett Aldan Morris.

As my fee schedule indicates and demands is the following:

| Engagement/Reason for Detainment/Arrest | Fee |
|---|---|
| 1. motorized traffic stop | $50,000.00 |
| 2. Detainment past 30 Seconds | $50,000.00 |
| 3. Detainment with Threats or Coercion | $1,000,000.00 |
| 4. Arrest w/o Miranda Advisement | $1,000,000.00 |
| 5. Arrest w/o Official Warrant | $1,000,000.00 |
| 6. Use of Mechanical Restraints | $1,000,000.00 |

~ 1 ~

*<u>7.Forced Kidnapping and placed in solitary confinement $1,000,000.00</u>*

*<u>8.Forced Detainment/Restraint passed one hour           $1,000,000.00</u>*

*<u>9.Forced Custodial Restraint in Corporate facility (Court)$5,000,000.00</u>*

*<u>10.Forced Appearance before Corporate Officer (Judge)   $5,000,000.00</u>*

*<u>11.Forced Imprisonment/Incarceration/Slavery            $20,000,000.00</u>*

<u>Grand Total                                             $36,100,000.00</u>

As I do not appear and labor for free, these are my terms. If you are unwilling to contract with me on these terms then I suggest that you find a willing Corporate Body to engage with your fiction.

In the event that you are willing to contract with me then here is the remedy for my injury listed in Monetary Funds and designated in Ledger

### <<<LEDGER>>>

*For the pain and suffering, mental anguish, insult, damage to reputation, monetary damages, assault and battery, my ledger is given to document a sum certain USD amount of $36,100,000.00 payable and collectable upon delivery to and receipt by the Montrose County District Court of Colorado.*

I demand that the Trust compensate me for $36,100,000.00 (Thirty six million one hundred thousand USD) in lawful gold and silver coin or $36,100,000.00 (Thirty six million one hundred thousand USD) in Federal Reserve Notes and/or United States Notes.

This is a TRUE BILL that must be satisfied before the Court is allowed to commence.

I say no more

By: _____          Date: _____
    Tyler Sandra Lee (Without Prejudice) A R

By: _____          Date: 05/10/2016
    Curry Steven Duane (Without Prejudice) A R

Notary Public: _____

Expires: 12/20/17

JASON L. MCCLELLAND
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #20054048596
My Commission Expires December 20, 2017

~ 2 ~

