OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -8 2016

JEFFREY P. COLWELL
CLERK

DENVER CO 802
SPECIAL MAIL
27 [illegible] VFINTH-10 T
PRESENCE OF THE
INMATE

Steven Duane Curry
Mesa County Detention Facility
P.O. Box 20000
Gran[d]

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

NIXIE  808  5C  1  0095/05/16
BC: 80294250099  *2520-1605-27-40

16-cv-1077-606
#10

Not Here
CLD
RTS