**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-01077-GPG

STEVEN DUANE CURRY,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendant.

---

ORDER OF DISMISSAL

---

Plaintiff Steven Duane Curry submitted *pro se* multiple letters to the Court. (ECF Nos. 1, 2, 3). The allegations are rambling and difficult to understand. Because Mr. Curry's intentions were not clear, the Court opened a new civil action. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), it entered two Orders Directing Plaintiff to Cure Deficiencies. (ECF Nos. 5, 10). In the second Order dated May 26, 2016 (ECF No. 10), the Court instructed Mr. Curry to cure certain deficiencies and warned that if he failed to do so within thirty days from the date of the Order, the action would be dismissed without further notice.

The time for compliance with the Second Order Directing Plaintiff to Cure Deficiencies has expired without response. Mr. Curry has not filed a Prisoner Complaint or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved forms, as directed. Mr. Curry has failed to comply with the Order within the time allowed and has not requested additional time to do so. Although this Order was returned to the Court as undeliverable on June 8, 2016 (ECF No. 11), Mr.

Curry has not provided notice of a change of address as required by this Court's Local Rules, nor has he made any other filings or requests. For these reasons, the Court will dismiss this action.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the U.S. Court of Appeals for the Tenth Circuit in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Orders and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  7th  day of   July  , 2016.

                                       BY THE COURT:

                                       s/Lewis T. Babcock
                                       LEWIS T. BABCOCK
                                       U.S. Senior District Judge