**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-01077-LTB

STEVEN DUANE CURRY,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendant.

---

### JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 7, 2016, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 7th day of July, 2016.

                               FOR THE COURT,

                               JEFFREY P. COLWELL, Clerk

                               By: s/D. Kalsow
                                  Deputy Clerk